```
Chris Gautschi Bar # 64117
3463 State St #180
Santa Barbara, CA 93105
805-6440644    fax 714-2426718
Email:sanschromo@yahoo.com

Attorney for Debtor
```



**FILED & ENTERED**

**JUL 11 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>THOMAS D'ARCO,<br><br>    Debtor.<br>_____<br><br>THOMAS MISIK, Plaintiff,<br><br>vs.<br><br>THOMAS D'ARCO,<br><br>Defendant. | Case No.: 1:15-bk-10446-MT<br>Adv.No.: 1:15-ap-01076-MT<br>Chapter 7<br>JUDGMENT<br>Trial Date: 3/6/2017<br>Time: 9:30 a.m.<br>Place: Ct. 302, 21041 Burbank<br>Bl.,Woodland Hills, CA 91367 |

    For the reasons stated in the Findings of Fact and Conclusions of Law (ad. ECF doc. 72), judgment is granted in favor of defendant Thomas D'Arco on all causes of action.

" " "

Date: July 11, 2017

_____
Maureen A. Tighe
United States Bankruptcy Judge